# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| ANTWON TRIPLETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | 1:19-cv-00104-JMV |
| § | |
| COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand and Enter Judgment [17], with Supporting Memorandum [18], and the Court being advised in the premises is of the opinion that said Motion should be granted.

It is, therefore, ORDERED that Defendant Commissioner's August 1, 2018, final administrative decision denying Plaintiff's claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1382c, shall be reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 22nd day of November, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE