**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ANTWON TRIPLETT,**                              §
                                                                      §
  **Plaintiff,**                                 §
                                                                      §
**v.**                                                             §   **CIVIL ACTION NO.**
                                                                      §   **1:19-cv-00104-JMV**
                                                                      §
**COMMISSIONER OF**                            §
**SOCIAL SECURITY,**                            §
                                                                      §
  **Defendant.**                            §

## FINAL JUDGMENT

  Consistent with the Order [19] entered today granting Defendant's motion to remand, the decision of the Commissioner of Social Security is reversed, and this case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

  SIGNED this 22nd day of November, 2019.


             /s/ Jane M. Virden
             UNITED STATES MAGISTRATE JUDGE